UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER RYDER, individually,<br><br>    Plaintiff,<br><br>    vs.<br><br>PATHOLOGY ASSOCIATES MEDICAL LABORATORIES LLC, a Washington Limited Liability corporation,<br><br>    Defendant. | NO. 2:17-cv-00314-SAB<br><br>**ORDER RE: DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 22. The parties request the Court dismiss the above-captioned matter without an award of costs or fees to any party. The Court finds good cause to grant the stipulated motion and dismiss this case.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 22, is **GRANTED**.

2. The above-captioned matter is **DISMISSED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 12th day of July 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER RE: DISMISSAL ^** 1